**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7049**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMY LAWRENCE NANCE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-92-135-R, CA-97-473-R)

---

Submitted:  September 25, 1997       Decided:  October 10, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jimmy Lawrence Nance, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying without prejudice his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motions for appointment of counsel, for preparation of a transcript at government expense, for general relief, and to preclude the Assistant United States Attorney from these proceedings, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. <u>United States v. Nance</u>, Nos. CR-92-135-R; CA-97-473-R (W.D. Va. July 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>